■■■ JOHN E. THOMPSON, Appellant, v SUNNY KNOLL FARMS, LLP, Respondent. [831 NYS2d 90]—Appeal from an order of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered February 6, 2006 in a personal injury action. The order, insofar as appealed from, denied plaintiff's cross motion for partial summary judgment and granted in part defendant's cross motion for summary judgment.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on December 7, 2006, and filed in the Wyoming County Clerk's Office on December 18, 2006,

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs upon stipulation. Present—Hurlbutt, J.P., Martoche, Lunn, Peradotto and Green, JJ.

■■■ MICHAEL ORLIKOWSKI et al., Appellants, v CORNERSTONE COMMUNITY FEDERAL CREDIT UNION et al., Respondents. [831 NYS2d 90]—Appeal from an order of the Supreme Court, Erie County (Joseph G. Makowski, J.), entered May 22, 2006 in a personal injury action. The order denied plaintiffs' motion for partial summary judgment on the issue of liability pursuant to Labor Law § 240 (1).

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on February 9, 2007,

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs upon stipulation. Present—Hurlbutt, J.P., Martoche, Lunn, Peradotto and Green, JJ.